## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

### CASE NO. 4:14CR00008-03 BSM

**JAMAL PIGGIE**                                                                              **DEFENDANT**

### <u>AMENDED JUDGMENT</u>

The judgment and commitment order entered on June 28, 2016 [Doc. No. 521], is amended to add defendant's USM Register No. 29334-009.  The remaining portions of the judgment will remain in full force and effect.

The clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 29th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE