IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                 **CASE NO. 4:14-CR-00008 BSM**

**JAMAL SHONTAL PIGGIE**                                              **DEFENDANT**

## ORDER

Defendant Jamal Shontal Piggie's motion for early termination of probation [Doc. No. 581] is denied.

IT IS SO ORDERED this 8th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE